UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 978-242-6528 SERVICED BY T-MOBILE US, INC. | Case No. 24-mj-207-01-TSM<br><br>**Filed Under Seal** |

**MOTION TO SEAL APPLICATION FOR WARRANT
AND ALL RELATED DOCUMENTS, LEVEL II**

The United States of America respectfully moves this Court to seal this entire matter including this search warrant application, supporting affidavit, search warrant, this motion, any ruling on this motion, and all related paperwork and corresponding docket entries in the above captioned case until January 22, 2025, except that the government may later disclose these materials to comply with its discovery obligations under the local rules. In support of this motion, the government states that the public disclosure of any of these materials at this juncture could jeopardize the government's ongoing investigation into a drug trafficking organization by causing targets to flee or change patterns of behavior, as well as destroy evidence or tamper with or intimidate witnesses.

Respectfully submitted,

JANE E. YOUNG
United States Attorney

Dated: August 22, 2024

By: /s/ Jarad E. Hodes
Jarad E. Hodes
Assistant U.S. Attorney

Motion:   X  Granted      ____ Denied

United States Magistrate Judge
**Talesha L. Saint-Marc
Aug 22, 2024**